Cyrus Safa
Attorney at Law: 13241
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Gerald M. Welt
Attorney at Law: 1575
732 S. Sixth Street, Suite 200-D
Las Vegas, NV 89101
Tel.: (702) 382-2030
Fax: (702) 684-5157
E-mail: gmwesq@weltlaw.com; kwp@weltlaw.com

Attorneys for Plaintiff Dawn A Carter

**UNITED STATES DISTRICT Court**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DAWN A CARTER, | Case No.: 2:18-cv-01415-GMN-VCF |
| Plaintiff, | STIPULATION TO EXTEND TIME OF TIME TO FILE MOTION FOR REMAND/REVERSAL |
| vs. | (FIRST REQUEST) |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

Plaintiff Lisa Anderson and Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time from November 8, 2018 to January 3, 2019, for Plaintiff to send her Motion for Remand/Reversal with all

-1-

other dates in the Court's Scheduling Order extended accordingly. This is Plaintiff's first request for an extension. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented. Counsel requests the extension due to an abnormally heavy hearing calendar which included four administrative hearings and one oral argument at the United States District Court level in the last six days. Two of Counsel's administrative hearings required travel exceeding 50 miles each way. Despite Counsel's attempt to finalize the briefing by the deadline, Counsel will require additional time to complete the briefing in this matter. Counsel sincerely apologizes for any inconvenience this request may have caused to the Court, its staff, and all parties involved.

DATE: November 8, 2018         Respectfully submitted,

                                   LAW OFFICES OF LAWRENCE D. ROHLFING

                                   /s/ / *Cyrus Safa*

BY: _____
    Cyrus Safa
    Attorney for plaintiff Dawn A Carter

DATE: November 8, 2018         DAYLE ELIESON
                                   United States Attorney

                                   /s/ Marcelo N. Illarmo

BY: _____

    Marcelo N. Illarmo
    Special Assistant United States Attorney
    Attorneys for defendant Nancy A. Berryhill
    Acting Commissioner of Social Security
    |*authorized by e-mail|

1
2  DATED: 11/9/18
3  IT IS SO ORDERED: _____
4                    UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE
FOR CASE NUMBER 2:18-CV-01415-GMN-VCF**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on November 8, 2018.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Cyrus Safa*

Cyrus Safa
Attorneys for Plaintiff