# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DAWN A. CARTER, | ) |
| Plaintiff, | ) Case No.: 2:18-cv-01415-GMN-VCF |
| vs. | ) |
| | ) **ORDER** |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

Pending before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Cam Ferenbach, (ECF No. 17), which recommends that Plaintiff Dawn Carter's Motion for Reversal and/or Remand, (ECF No. 14), be granted and the case be remanded to the Social Security Administration. The R&R further recommends that Defendant Commissioner Nancy Berryhill's Cross-Motion to Affirm the Agency Decision, (ECF Nos. 15 and 16), be denied.

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2. Upon the filing of such objections, the Court must make a de novo determination of those portions to which objections are made. *Id.* The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. IB 3-2(b). Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation

where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

Here, no objections were filed, and the deadline to do so, September 9, 2019, has passed. (Min. Order, ECF No. 17).

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 17), is **ACCEPTED AND ADOPTED in full**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Reversal and/or Remand, (ECF No. 14), is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant's Cross-Motion to Affirm the Agency Decision, (ECF Nos. 15 and 16), is **DENIED**.

**IT IS FURTHER ORDERED** that this case is **REMANDED** to the Social Security Administration.

The Clerk is instructed to close the case.

**DATED** this __10__ day of September, 2019.

_____
Gloria M. Navarro, District Judge
United States District Court